IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–55–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DAWAN DEONTE JONES, | |
| Defendant. | |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on March 15, 2022. (Doc. 43.) Neither party objected and therefore they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommends that this Court accept Defendant Dawan Deonte Jones's guilty plea after Mr. Jones appeared before him pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and entered a guilty plea to one count of

prohibited person in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1), as set forth in the Indictment. Reviewing for clear error, the Court finds none.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendation (Doc. 43) is ADOPTED in full.

IT IS FURTHER ORDERED that Dawan Deonte Jones's motion to change plea (Doc. 34) is GRANTED and Mr. Jones is adjudged guilty as charged in the Indictment.

DATED this 30th day of March, 2022.

_____
Dana L. Christensen, District Judge
United States District Court